**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEFFERY LEICHLITER,

          Plaintiff,

v.

VHS OF MICHIGAN, INC. and
VHS DETROIT RECEIVING
HOSPITAL, INC.,

          Defendants.

**Case No. 2:25-cv-12522**

**Hon. Matthew F. Leitman**
**Mag. Judge Anthony P. Patti**

---

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jeffery Leichliter and Defendants VHS of Michigan, Inc. and VHS Detroit Receiving Hospital, Inc., by and through their respective undersigned counsel, hereby have settled this matter and stipulate and agree to the dismissal of this action in its entirety, **with prejudice** and without costs or attorney's fees to any party.

Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

**FOR PLAINTIFF:**

/s/ Andrew Rozynski
Andrew Rozynski (NY#5054465)
EISENBERG & BAUM, LLP
24 Union Square East, PH
New York, NY 10003
(212) 353-8700
arozynski@eandblaw.com
*Attorneys for Plaintiff*

**FOR DEFENDANTS:**

*/s/ Stefanie R. Reagan*
Stefanie R. Reagan (P83025)
Benjamin W. Jeffers (P48170)
HICKEY HAUCK BISHOFF
JEFFERS & SEABOLT, PLLC
706 S. Main Street
Plymouth, MI 48170
(313) 964-8600
sreagan@hhbjs.com
bjeffers@hhbjs.com

/s/ Martin B. Goldberg
Martin B. Goldberg
Florida Bar No. 0827029
Clark S. Splichal
Florida Bar No. 1010425
**LASHGOLDBERG**
Lash Goldberg Fineberg LLP
Miami Tower, Suite 1200
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040
mgoldberg@lashgoldberg.com
csplichal@lashgoldberg.com
*Attorneys for Defendants*

Dated: January 2, 2026