UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JEFFERY LEICHLITER,

      Plaintiff,                                  Case No. 25-cv-12522
                                                   Hon. Matthew F. Leitman

v.

VHS OF MICHIGAN, INC, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal With Prejudice by the parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: January 5, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2026, by electronic means and/or ordinary mail.

                                             s/Holly A. Ryan
                                             Case Manager
                                             (313) 234-5126